

**UNITED STATES COURTS FOR THE FIRST CIRCUIT**
**OFFICE OF THE CIRCUIT EXECUTIVE**
**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 3700**
**BOSTON, MA 02210**

**SUSAN J. GOLDBERG**
**CIRCUIT EXECUTIVE**
**617-748-9614**

**KELLY D. MCQUILLAN**
**DEPUTY CIRCUIT EXECUTIVE**
**617-748-9327**

November 25, 2025

Eric M. Storms, Acting Clerk
United States District Court
Edward T. Gignoux U.S. Courthouse
156 Federal Street, Room 102
Portland, ME 04101

Dear Eric:

    I have enclosed the following annual designations to sit in the District of Maine for the period beginning on January 1, 2026 through December 31, 2026:

Senior Circuit Judge Kermit V. Lipez, U.S. Court of Appeals
Senior Circuit Judge William J. Kayatta, Jr., U.S. Court of Appeals
Circuit Judge Joshua D. Dunlap, U.S. Court of Appeals
Senior Judge George Z. Singal, District of Maine
Senior Judge John A. Woodcock, Jr., District of Maine
Chief Judge Samantha D. Elliott, District of New Hampshire
Senior Judge Paul J. Barbadoro, District of New Hampshire
Senior Judge Steven J. McAuliffe, District of New Hampshire
Judge Joseph N. Laplante, District of New Hampshire
Judge Landya B. McCafferty, District of New Hampshire
Chief Judge John J. McConnell, Jr., District of Rhode Island
Judge Mary S. McElroy, District of Rhode Island
Judge Melissa R. DuBose, District of Rhode Island

    Sincerely,

    */s/ Susan J. Goldberg*
    Susan J. Goldberg

SJG:jp
cc/enc.:  Chief Judge David J. Barron　　Judge Paul J. Barbadoro
        Judge Kermit V. Lipez　　Judge Steven J. McAuliffe
        Judge William J. Kayatta, Jr.　　Judge Joseph N. Laplante
        Judge Joshua D. Dunlap　　Judge Landya B. McCafferty
        Chief Judge Lance E. Walker　　Chief Judge John J. McConnell, Jr.
        Judge George Z. Singal　　Judge Mary S. McElroy
        Judge John A. Woodcock, Jr.　　Judge Melissa R. DuBose
        Chief Judge Samantha D. Elliott

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable Kermit V. Lipez, Senior Circuit Judge of the United States Court of Appeals for the First Circuit, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable Kermit V. Lipez to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*[signature]*
Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

_____

The Honorable William J. Kayatta, Jr., Senior Circuit Judge of the United States Court of Appeals for the First Circuit, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable William J. Kayatta, Jr., to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF CIRCUIT JUDGE
## FOR SERVICE IN A DISTRICT COURT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 291(b), I do hereby designate and assign the Honorable Joshua D. Dunlap, Circuit Judge of the United States Court of Appeals for the First Circuit, to hold a district court in the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable George Z. Singal, Senior District Judge of the United States District Court for the District of Maine, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable George Z. Singal to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

# DESIGNATION OF A SENIOR UNITED STATES JUDGE
# FOR SERVICE WITHIN THE CIRCUIT

The Honorable John A. Woodcock, Jr., Senior District Judge of the United States District Court for the District of Maine, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable John A. Woodcock, Jr., to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Samantha D. Elliott, Chief District Judge of the United States District Court for the District of New Hampshire, to hold a district court in the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

      The Honorable Paul J. Barbadoro, Senior District Judge of the United States District Court for the District of New Hampshire, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026;

      NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable Paul J. Barbadoro to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*[signature]*
Chief Judge

Dated: November 19, 2025
First Circuit

# DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

---

The Honorable Steven J. McAuliffe, Senior District Judge of the United States District Court for the District of New Hampshire, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(b), (c), and (e), I do hereby designate and assign the Honorable Steven J. McAuliffe to perform the duties of district judge in the United States District Court for the District of Maine during the period aforesaid and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

*[signature]*
Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Joseph N. Laplante, District Judge of the United States District Court for the District of New Hampshire, to hold a district court in the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Landya B. McCafferty, District Judge of the United States District Court for the District of New Hampshire, to hold a district court in the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable John J. McConnell, Jr., Chief District Judge of the United States District Court for the District of Rhode Island, to hold a district court in the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

———————

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Mary S. McElroy, District Judge of the United States District Court for the District of Rhode Island, to hold a district court in the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

*[signature]*

Chief Judge

Dated: November 19, 2025
First Circuit

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Melissa R. DuBose, District Judge of the United States District Court for the District of Rhode Island, to hold a district court in the District of Maine during the period beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: November 19, 2025
First Circuit