

ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS

HONORABLE ROBERT J. CONRAD, JR.
Director

LIBBY SMITH
Associate Director
Department of Program Services

JOSEPH T. PHILLIPS
Chief
Judicial Services Office

December 23, 2025

Mr. Eric Storms
Clerk, United States District Court for the District of Maine
156 Federal Street, 1st Floor
Edward T. Gignoux Federal Courthouse
U.S. District Court
Portland, ME 04101-4152

Ms. Bonnie Hackler
Clerk, United States District Court for the Eastern District of Oklahoma
Ed Edmondson U.S. Courthouse
101 North Fifth Street, Room 305
Muskogee, OK 74401-6205

Dear Mr. Storms and Ms. Hackler:

      Enclosed is the Chief Justice's designation of the Honorable John A. Woodcock, Jr. of the United States District Court for the District of Maine to perform judicial duties in the United States District Court for the Eastern District of Oklahoma for the period(s) of January 1, 2026 to June 30, 2026. Pursuant to 28 U.S.C. § 295, please file and enter this assignment on the minutes of your respective courts.

      Please feel free to contact me at (202) 502-1177 if you have any questions or concerns.

Sincerely,

*Anne McKenna*

Anne McKenna
Senior Attorney
Judicial Programs

Enclosures:   (Clerk of Lending Court, Mr. Storms - Original Designation)
                (Clerk of Borrowing Court, Ms. Hackler - Certified Copy of Designation)

cc:   Honorable John A. Woodcock, Jr.
      Ms. Susan J. Goldberg

## DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Tenth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Eastern District of Oklahoma during the period of January 1, 2026 through June 30, 2026. The

### HONORABLE JOHN A. WOODCOCK, JR.

a Senior Judge of the United States District Court for the District of Maine has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable John A. Woodcock, Jr. to perform judicial duties in the United States District Court for the Eastern District of Oklahoma for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 12/15/25