

| | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | LIBBY SMITH<br>Associate Director<br>Department of Program Services |
|---|---|---|
| HONORABLE ROBERT J. CONRAD, JR.<br>Director | | JOSEPH T. PHILLIPS<br>Chief<br>Judicial Services Office |

December 23, 2025

Mr. Eric Storms
Clerk, United States District Court for the District of Maine
156 Federal Street, 1st Floor
Edward T. Gignoux Federal Courthouse
U.S. District Court
Portland, ME 04101-4152

Ms. Heidi D. Campbell
Clerk, United States District Court for the Northern District of Oklahoma
333 West Fourth Street, Room 411
Page Belcher Federal Building and United States Courthouse
U.S. District Court
Tulsa, OK 74103-3819

Dear Mr. Storms and Ms. Campbell:

      Enclosed is the Chief Justice's designation of the Honorable John A. Woodcock, Jr. of the United States District Court for the District of Maine to perform judicial duties in the United States District Court for the Northern District of Oklahoma for the period(s) of January 1, 2026 to June 30, 2026. Pursuant to 28 U.S.C. § 295, please file and enter this assignment on the minutes of your respective courts.

      Please feel free to contact me at (202) 502-1177 if you have any questions or concerns.

Sincerely,

Anne McKenna
Senior Attorney
Judicial Programs

Enclosures: (Clerk of Lending Court, Mr. Storms - Original Designation)
(Clerk of Borrowing Court, Ms. Campbell - Certified Copy of Designation)

cc: Honorable John A. Woodcock, Jr.
Ms. Susan J. Goldberg

# DESIGNATION AND ASSIGNMENT
# OF A SENIOR UNITED STATES JUDGE
# FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Tenth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Northern District of Oklahoma during the period of January 1, 2026 through June 30, 2026. The

## HONORABLE JOHN A. WOODCOCK, JR.

a Senior Judge of the United States District Court for the District of Maine has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable John A. Woodcock, Jr. to perform judicial duties in the United States District Court for the Northern District of Oklahoma for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

*[signature]*

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 12/15/25