# DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Tenth Circuit has certified

that there is a necessity for the designation and assignment of a judge from another circuit or

another court to perform judicial duties in the United States District Court for the Eastern District

of Oklahoma during the period of July 1, 2026 through December 31, 2026. The

## HONORABLE JOHN A. WOODCOCK, JR.

a Senior Judge of the United States District Court for the District of Maine has consented to such

designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States

Code, section 294(d), I do hereby designate and assign the Honorable John A. Woodcock, Jr. to

perform judicial duties in the United States District Court for the Eastern District of Oklahoma

for the period or purpose stated and for such time as needed in advance to prepare and to issue

necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. _____5/29/26_____