**DESIGNATION OF DISTRICT JUDGE**
**FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

---

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Lance E. Walker, United States Chief District Judge for the District of Maine, to sit upon the United States District Court for the District of Massachusetts to preside over the case of *Brietzke v. Casper*, Case No. 26-cv-13553, until the case has been concluded, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: August 24, 2026
First Circuit