**DESIGNATION OF DISTRICT JUDGE**
**FOR SERVICE ON COURT OF APPEALS**

---

WHEREAS, the business of the Court of Appeals for the First Circuit requires the designation and assignment of a district judge to sit upon the Court; now, therefore pursuant to the authority vested in me by Title 28, United States Code, § 292(a), I do hereby designate and assign the Honorable Stacey D. Neumann, United States District Judge for the District of Maine, to sit upon the Court of Appeals for the First Circuit, on Wednesday, November 4, 2026, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

David J. Barron
Chief Judge

Dated: September 30, 2026